**DISMISS; and Opinion Filed October 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01115-CV

### JOHN TATUM AND MARY ANN TATUM, Appellants
### V.
### THE DALLAS MORNING NEWS, INC. AND STEVE BLOW, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07371**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion Per Curiam

The Court has before it appellants' motion to dismiss appeal. We **GRANT** the motion

and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1.(a)(1).

PER CURIAM

131115F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN TATUM AND MARY ANN
TATUM, Appellants

No. 05-13-01115-CV        V.

THE DALLAS MORNING NEWS, INC.
AND STEVE BLOW, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-07371.
Opinion delivered Per Curiam. Justices
Bridges, Fillmore and Lewis sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees THE DALLAS MORNING NEWS, INC. AND STEVE
BLOW recover their costs of this appeal from appellants JOHN TATUM AND MARY ANN
TATUM.

Judgment entered this 14th day of October, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE